VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| CAMERON ROGERS | : |
| Plaintiff | : |
| v. | : At Law No. 2019-08431 |
| PHOENIX TRAMPOLINE PARK MANAGEMENT, LLC, ET. AL | : |
| Defendants | : |

**<u>NOTICE OF REMOVAL</u>**

TO THE CLERK:

Please note that Defendants, Phoenix Trampoline Park Management, LLC and Phoenix Trampoline Fun Centers, LLC, have filed a Notice of Removal in the United States District Court for the Eastern District of Virginia, and respectfully submits that no further proceedings may be held in this Honorable Court unless and until the above-captioned matter is remanded.

Respectfully submitted,

PHOENIX TRAMPOLINE PARK MANAGEMENT, LLC and PHOENIX TRAMPOLINE FUN CENTERS, LLC

By counsel,

DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP

*/s/ James S. Liskow*

James S. Liskow
V.S.B. No. 75883
3930 Walnut Street
Suite 250
Fairfax, Virginia 22030
Tel:   (703) 255-6667
Fax:   (703) 299-8548
jliskow@decarodoran.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this this __20th__ day of _____June_____, 2019, a copy of the foregoing Notice of Removal was mailed, first-class, post-prepaid, to:

Julie M. Porto, Esquire
Aneta Nikolic, Esquire
BLANKINGSHIP & KEITH, P.C.
4020 University Drive
Suite 300
Fairfax, VA  22030

_____
James S. Liskow